1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8 | UNITED STATES OF AMERICA,                )
                                             )
9 |            Plaintiff,                     )
                                             )
10 |    v.                                    )        2:11-CR-403-MMD-(PAL)
                                             )
11 | WILLIAM MORRISON,                        )
                                             )
12 | _____Defendant._____)

13                  **PRELIMINARY ORDER OF FORFEITURE**

14         This Court finds that on July 13, 2012, defendant WILLIAM MORRISON pled guilty to Count

15 Three of a Three-Count Criminal Indictment charging him with Possession of a Stolen Firearm in

16 violation of Title 18, United States Code, Section 922(j). Criminal Indictment, ECF No. 1.

17         This Court finds defendant WILLIAM MORRISON agreed to the forfeiture of the property

18 set forth in Forfeiture Allegation of the Criminal Indictment and the Plea Memorandum. Criminal

19 Indictment, ECF No. 1.

20         This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

21 America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

22 Criminal Indictment and the offense to which defendant WILLIAM MORRISON pled guilty.

23         The following assets are subject to forfeiture pursuant to Title 18, United States Code,

24 Section 924(d)(1) and Title 28, United States Code, Section 2461(c);

25    . . .

26    . . .

1            (a)     a black Glock, Model 23, .40 caliber semi-automatic pistol, serial number

2            ATX511US; and

3            (b)     any and all ammunition ("property").

4      This Court finds the United States of America is now entitled to, and should, reduce the

5 aforementioned property to the possession of the United States of America.

6      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

7 United States of America should seize the aforementioned property.

8      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

9 WILLIAM MORRISON in the aforementioned property is forfeited and is vested in the United

10 States of America and shall be safely held by the United States of America until further order of the

11 Court.

12      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

13 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

14 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

15 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

16 the name and contact information for the government attorney to be served with the petition,

17 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

18      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

19 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

20      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

21 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

22 following address at the time of filing:

23            Michael A. Humphreys
                 Assistant United States Attorney

24            Daniel D. Hollingsworth
                 Assistant United States Attorney

25            Lloyd D. George United States Courthouse
                 333 Las Vegas Boulevard South, Suite 5000

26            Las Vegas, Nevada 89101.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3  following publication of notice of seizure and intent to administratively forfeit the above-described

4  property.

5    DATED this 13 day of July, 2012.

6

7

8    _____
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26